# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 20−10042−tmd

Chapter No.: 11

IN RE: **Silicon Hills Campus, LLC** , Debtor(s)

Adversary Proceeding No.: 21−01029−tmd

Judge: Tony M. Davis

**Silicon Hills Campus, LLC et al.**
Plaintiff

v.

**ATX Debt Fund 1, LLC et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **7/14/21** was filed on **7/15/21**. The following deadlines apply:

The parties have until **July 22, 2021** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **August 5, 2021**.

If a request for redaction is filed, the redacted transcript is due **August 16, 2021**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **October 13, 2021** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **EXCEPTIONAL REPORTING SERVICES 361 949 2988**, or you may view the document at the clerk's office public terminal.

Dated:  7/15/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

**[Notice of Filing of Transcript (AP)]** [NtcftddlrrAPap]

United States Bankruptcy Court

Western District of Texas

Silicon Hills Campus, LLC,

    Plaintiff

                                   Adv. Proc. No. 21-01029-tmd

ATX Debt Fund 1, LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: 259 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | SEYMOUR ROBERTS, ESQ., Friedman & Feiger, LLP, 5301 Spring Valley Rd. #200, Dallas TX 75254-2488 |
| | + | WALTER W. GOULDSBURY, ESQ., Ciardi Ciardi & Astin, 2005 Market St #3500, Philadelphia PA 19103-7013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 15 2021 22:03:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| intp | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 15 2021 22:03:00 | United States Trustee - AU11, U.S. Trustee's Office, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - AU11, U.S. Trustee's Office, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021                            Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

**Name                        Email Address**

District/off: 0542-1      User: admin      Page 2 of 2

Date Rcvd: Jul 15, 2021      Form ID: 259      Total Noticed: 4

Elizabeth N. Boydston
on behalf of Defendant Karlin Asset Management  Inc. lboydston@polsinelli.com

Elizabeth N. Boydston
on behalf of Defendant ATX Debt Fund 2  LLC lboydston@polsinelli.com

Elizabeth N. Boydston
on behalf of Defendant Karlin Real Estate  LLC lboydston@polsinelli.com

Elizabeth N. Boydston
on behalf of Defendant ATX Debt Fund 1  LLC lboydston@polsinelli.com

Jennifer Francine Wertz
on behalf of Defendant Congress Avenue Holdings  LP jwertz@jw.com, kgradney@jw.com

Jennifer Francine Wertz
on behalf of Defendant Pennybacker Capital  LLC jwertz@jw.com, kgradney@jw.com

Jennifer Francine Wertz
on behalf of Defendant Congress Avenue Holdings GP  LLC jwertz@jw.com, kgradney@jw.com

Jennifer Francine Wertz
on behalf of Defendant Congress Avenue Holdings  LLC jwertz@jw.com, kgradney@jw.com

Lawrence J. Friedman
on behalf of Plaintiff WC 103 East Fifth  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 901 East Cesar Chavez  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 805-809 East Sixth  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 1212 East Sixth  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC Hirshfeld Moore  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff Silicon Hills Campus  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 422 Congress  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 320 Congress  LLC lfriedman@fflawoffice.com

Lawrence J. Friedman
on behalf of Plaintiff WC 9005 Mountain Ridge  LLC lfriedman@fflawoffice.com

Savanna Lee Barlow
on behalf of Defendant ATX Debt Fund 1  LLC sbarlow@polsinelli.com, krusselburg@polsinelli.com

Savanna Lee Barlow
on behalf of Defendant ATX Debt Fund 2  LLC sbarlow@polsinelli.com, krusselburg@polsinelli.com

Savanna Lee Barlow
on behalf of Defendant Karlin Real Estate  LLC sbarlow@polsinelli.com, krusselburg@polsinelli.com

Savanna Lee Barlow
on behalf of Defendant Karlin Asset Management  Inc. sbarlow@polsinelli.com, krusselburg@polsinelli.com

TOTAL: 21